IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>BRENT R. PREECE,<br><br>    Defendant/Counterclaimant. | MEMORANDUM DECISION AND ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS<br><br><br><br>Case No. 2:10-CV-405 TS |

    This matter is before the Court on a Motion to Dismiss filed by the National Credit Union Administration Board seeking dismissal of Defendant/Counterclaimant Brent R. Preece's counterclaims. Mr. Preece has not responded to the Motion.

    Pursuant to Local Rule 7-1(d), the Court has the ability to grant the Motion based on Mr. Preece's failure to respond.[1] Further, having reviewed the merits of the Motion, the Court finds that it is well-taken and will be granted.

---

[1] DUCivR 7-1(d) ("Failure to respond timely to a motion may result in the court's granting the motion without further notice.")

It is therefore

ORDERED that Plaintiff's Motion to Dismiss (Docket No. 16) is GRANTED.

DATED   December 21, 2010.

                BY THE COURT:

                _____
                TED STEWART
                United States District Judge